AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DAVID AND MARIA NELIA YATES, on behalf of themselves,<br>Plaintiff(s).<br>vs.<br>AURORA LOAN SERVICES LLC<br>Defendant(s), | Case No. C11-00695 EDL-ADR<br>(Assigned to Judge Elizabeth D. Laporte)<br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FILED BY DEFENDANTS AURORA LOAN SERVICES LLC**<br>Complaint Filed: February 15, 2011<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

The Court, having considered the parties' stipulation to extend defendants' Aurora Loan Services LLC (**defendant**) to respond to the complaint of plaintiffs David and Maria Nelia Yates (**plaintiff**) filed on February 15, 2011 (**complaint**);

**GOOD CAUSE APPEARING**, the Court approves the stipulation to extend time to respond to complaint between plaintiffs and defendant. Defendant shall file a responsive pleading to plaintiff's complaint no later than April 11, 2011.

IT IS SO ORDERED, this 31 day of March, 2011.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Elizabeth D. Laporte

Judge Elizabeth D. Laporte

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{DN072629;1}

2

CASE NO. C11-00695 EDL-ADR

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**