IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID AND MARIA NELIA YATES, et al,

        Plaintiff(s),

v.

AURORA LOAN SERVICES, LLC,

        Defendant.

No. C-11-0695 EDL

**STIPULATION AND ORDER**

IT IS HEREBY ORDERED that the Initial Case Management Conference will be continued to June 27, 2011 at 3:00 PM before Judge Laporte in courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, California. The parties must file their joint case management conference statement and Rule 26(f) Reports no later than June 20, 2011.

**IT IS SO ORDERED.**

Dated: May 13, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge